**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| JEFFREY CROSLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV424-142 |
| | ) | |
| CITY OF SAVANNAH, GEORGIA, | ) | |
| and CHIEF ELZIE KITCHEN, in | ) | |
| his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff timely filed his response to Defendants' Motion for Summary Judgment. *See* doc. 47. Several hours later, Plaintiff filed a Motion to File Corrected Memorandum Brief and Strike Original Pleading, doc. 48, seeking leave to file a corrected response brief that "fixes a range of misnaming and typographical errors," *id*. at 1. Plaintiff also filed the corrected version of his Response. Doc. 49. For good cause shown, the Motion is **GRANTED**. Doc. 48. The Clerk is **DIRECTED** to update the docket to reflect that Plaintiff's originally filed Response, doc. 47, has been withdrawn. Plaintiff's Corrected Memorandum Brief in Opposition to Defendants' Motion for Summary Judgment is the operative brief. Doc. 49. Defendants' Reply, if any, shall be due by

November 12, 2025. *See* S.D. Ga. L. Civ. R. 7.6; *see also* Fed. R. Civ. P.

6(a)(1)(C).

**SO ORDERED**, this 28th day of October, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA